UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

William Giddens

Plaintiff

v.

The City of New York; The NYC Police Dept;
Detective Dennis P. Griffin; police Offices John
Does 1-3; Louis J. Palumbo; and Julie Palumbo

Defendant

---------------------------------------------------------X

Case No. **JUDGE COTE**

**'07 CIV 9569**

Rule 7.1 Statement

OCT 2 6 2007

U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_____ Plaintiff _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.    None Corporate

Date: _____10/24/07_____

Signature of Attorney

Attorney Bar Code: FC2491