UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
WILLIAM GIDDENS

         Plaintiff,        Case No. 07 CV 9569 (DC)

- against -

                           **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK; THE NYC
POLICE DEPARTMENT; DETECTIVE
DENNIS P. GRIFFIN; POLICE OFFICES
JOHN DOES 1-3; LOUIS J. PALUMBO AND
JULIE PALUMBO,
         Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                         ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That at 12:00 p.m. on October 29, 2007, he served the within SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents upon a Ms. Lesa Moore, a HNC Attorney Intern for the New York City Police Department, at the following address:

      New York City Police Department
      1 Police Plaza -Rm 1406
      New York, NY 10007

The service copies of the SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents were received by a Ms. Lesa Moore, who was authorized to accept service on behalf of the New York City Police Department. Ms. Moore is a black female, and she has brown eyes with glasses and black hair. She is approximately 5 feet 6 inches tall and approximately weighs 160 pounds. Ms. Moore is approximately 35 years of age.

                                                  _____
                                                  IDRIS MAHMOUD
                                                  LIC# 1151131

Sworn to before me this
29th day of October, 2007

_____
     NOTARY PUBLIC

                              JACQUELYN E. FORD
                            Notary Public, State of New York
                                No. 01FO4851616
                            Qualified in Orange County
                        Commission Expires February 3, 20 10