UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

WILLIAM GIDDENS

        Plaintiff,        Case No. 07 CV 9569 (DC)

- against -

**AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK; THE NYC
POLICE DEPARTMENT; DETECTIVE
DENNIS P. GRIFFIN; POLICE OFFICES
JOHN DOES 1-3; LOUIS J. PALUMBO AND
JULIE PALUMBO,

        Defendants.
- - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK  }
                         } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That at 12:15 p.m. on October 29, 2007, he served the within SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents upon a Ms. Tamekia Mendes-Gammon, a Docketing Clerk for the City of New York law Department of NYC, at the following address:

        City of New York Law Department
        of NYC
        100 Church Street-4th Fl
        New York, NY 10007

The service copies of the SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents were received by a Ms. Tamekia Mendes-Gammon, who was authorized to accept service on behalf of the City of New York Law Department of NYC. Ms. Gammon, is a black female, and she has brown eyes and black hair. She is approximately 5 feet 10 inches tall and approximately weighs 130 pounds. Ms. Gammon is approximately 28 years of age.

                                              _____
                                              IDRIS MAHMOUD
                                              LIC# 1151131

Sworn to before me this
29th day of October, 2007

_____
NOTARY PUBLIC

JACQUELYN E. FORD
Notary Public, State of New York
No. 01FO4861616
Qualified in Orange County
Commission Expires February 3, 2010