UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WILLIAM GIDDENS,                                       CASE NO. 07 CIV. 9569 (DC)
                        Plaintiff(s),
    -against-

THE CITY OF NEW YORK, ET AL.,                          **AFFIDAVIT OF SERVICE**
                        Defendant(s).
----------------------------------------------------------------X
STATE OF NEW YORK     )
                      : S.S.
COUNTY OF NEW YORK    )

    BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 31st day of October, 2007, at approximately 4:28 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT and JUDGES RULES** upon Detective Dennis P. Griffin c/o the New York City Police Department-20th Precinct at 120 West 82nd Street, New York, New York 10024-5502 by personally delivering and leaving the same with SPAA Hansen, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

    SPAA Hansen is a black male, approximately 60 years of age, is approximately 6 feet and 1 inch tall, weighs approximately 220 pounds, is balding with short black and gray hair and dark eyes.

(1)

That on the 12th day of November, 2007, deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Detective Dennis P. Griffin
c/o the New York City Police Department-20th Precinct
120 West 82nd Street
New York, New York 10024-5502

Sworn to before me this
12th day of November, 2007

BOBBY ALI #87161/2

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

(2)