UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
WILLIAM GIDDENS,

                Plaintiff,

Case No. 07 CIV 9569 (DCXKNF)
**AFFIDAVIT OF SERVICE**

-against-

THE CITY OF NEW YORK, et al.,
                Defendants.
---------------------------------------X
STATE OF NEW YORK  )
                s.s.:
COUNTY OF NEW YORK )

    JOHN J. WALKER, being duly sworn deposes and says that he is over the age of eighteen, is an employee of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 13th day of December, 2007, in order to complete the service initiated on the 27th day of November, 2007 by Eric Rubin upon the Defendant, Louis Palumbo, deponent served the Summons in a Civil Action, Complaint, Individual Practice Rules of Judge Cote, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Fox upon Louis Palumbo by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, County of New York and State of New York, addressed as follows:

Louis Palumbo
72 Buckfield Lane
Greenwich, Connecticut 06830

                              Sworn to before me this
                              14th day of December, 2007.

_____
JOHN J. WALKER #847386

_____
MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
WILLIAM GIDDENS,
                Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,
                Defendants.
---------------------------------------X

Case No. 07 CIV 9569 (DC)(KNF)
AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                            s.s.:
COUNTY OF FAIRFIELD    )

    ERIC RUBIN, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That deponent attempted to personally serve a true copy of the Summons in a Civil Action, Complaint, Individual Practice Rules of Judge Cote, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Fox upon Louis Palumbo at 72 Buckfield Lane, Greenwich, Connecticut at following dates and times:

November 24, 2007 at 7:00 AM    November 27, 2007 at 5:15 PM

on each attempt deponent knocked on the front door and rang the doorbell but no answer was received. On Deponent's last attempt made on November 27, 2007 at 5:15 PM after received no answer he served the aforementioned documents by posting them to the front door of the residence.

Sworn to before me this
3rd day of December, 2007.

_____
ERIC RUBIN

_____
NOTARY PUBLIC

Ksenia V. Rubin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WILLIAM GIDDENS,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,
                Defendants.
----------------------------------------X

Case No. 07 CIV 9569 (DC)(KNF)
AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF CONNECTICUT  )
                      s.s.:
COUNTY OF FAIRFIELD   )

    ALAN JONES, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That deponent attempted to personally serve a true copy of the Summons in a Civil Action, Complaint, Individual Practice Rules of Judge Cote, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Fox upon Louis Palumbo at 72 Buckfield Lane, Greenwich, Connecticut on November 16, 2007 at 7:05 PM. Deponent knocked on the front door and rang the doorbell but no answer was received.

Sworn to before me this
3rd day of December, 2007.

_____
ALAN JONES

_____
NOTARY PUBLIC

Eric J. Rubin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
WILLIAM GIDDENS,                           Case No. 07 CIV 9569 (DC)(KNF)
                    Plaintiff,            AFFIDAVIT OF SERVICE

       -against-

THE CITY OF NEW YORK, et al.,
                    Defendants.
---------------------------------------X
STATE OF CONNECTICUT  )
                      s.s.:
COUNTY OF FAIRFIELD   )
```

WILLIAM OVERTON, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That deponent attempted to personally serve a true copy of the Summons in a Civil Action, Complaint, Individual Practice Rules of Judge Cote, Consent to Proceed Before a United States Magistrate Judge (Blank Form), Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Fox upon Louis Palumbo at 72 Buckfield Lane, Greenwich, Connecticut at following dates and times:

November 7, 2007 at 8:55 PM    November 14, 2007 at 5:00 pm
November 10, 2007 at 8:10 AM

on each attempt deponent knocked on the front door and rang the doorbell but no answer was received.

Sworn to before me this
3rd day of December, 2007.

_____         _____
WILLIAM OVERTON               NOTARY PUBLIC

Eric J. Rubin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07