UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

WILLIAM GIDDENS,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                 Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 9569 (DLC)(KNF)

       **PLEASE TAKE NOTICE** that **Leticia J. Santiago**, Senior Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, New York City Police Department and Dennis P. Griffin, effective April 17, 2008, replacing ACC Jordan M. Smith.

Dated: New York, New York
       April 17, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendants
                                              100 Church Street, Room 3-161
                                              New York, New York 10007
                                              (212) 788-1573

                                     By: _____
                                              Leticia J. Santiago
                                              Senior Counsel
                                              Special Federal Litigation Division

To:    Ethan York Leonard, Esq. (by ECF)
        Law Offices of Neal Brickman, P.C.
        317 Madison Avenue, 21st Floor
        New York, NY 10017