UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X

WILLIAM GIDENS,

                Plaintiff,

      -v-

THE CITY OF NEW YORK; THE NEW YORK CITY
POLICE DEPARTMENT; DETECTIVE DENNIS P.
GRIFFIN; POLICE OFFICER JOHN DOES 1-3; LOUIS
J. PALUMBO; and JULIE PALUMBO,

                Defendants.

------------------------------------------------------------------ -X

07 CIV. 9569 (DLC) (KNF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute*

_____

_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
             April 22, 2008

                                                           _/s/ Denise Cote_
                                                             DENISE COTE
                                                       United States District Judge