THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
317 MADISON AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10017

NEAL BRICKMAN
VIRGINIA A. REILLY
ETHAN Y. LEONARD
MELINDA M. DUS
DAVID M. KEARNEY

**MEMO ENDORSED**

TELEPHONE:
(212) 986-6840
TELECOPIER:
(212) 986-7691

April 25, 2008

By Hand

Honorable Judge Denise Cote
United States District Judge
United States District Court
500 Pearl Street - Room 1040
New York, New York 10007
(212) 805-0202

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/25/08 |

Re:   Giddens v. The City of New York, et al.
      Case No: 07 CV 9569 (DLC)

Dear Judge Cote:

    As you are aware we represent the Plaintiff, William Giddens, in the above-referenced matter. We write today in conjunction with counsel for the City defendants with respect to the Court's directive that our office file an Order to Show Cause why a default should not be entered as against Mr. and Mrs. Palumbo.

    Specifically, we write to request a brief extension of the time in which to file the aforementioned Order to Show Cause until Wednesday, April 30, 2008. The basis for this request is that the Parties have entered into settlement negotiations that they, in good faith, believe may likely resolve this matter. However, do to the amounts involved, additional legal work outside of the actual settlement will scuttle the possibility of resolution at this time.

    As always, if the Court has any questions about this or any other matter, please feel free to contact either of the undersigned at any time.

    We thank the Court for its time, attention and courtesies in this regard.

Respectfully submitted,

*[signature]*
Ethan Leonard
The Law Offices of Neal Brickman, P.C.,
Attorneys for Plaintiff

Respectfully submitted,

*[signature]* Frances Sands
Assistant Corporation Counsel
Attorneys for the City Defendants

*Granted.*
*[signature] Denise Cote*
*April 25, 2008*