```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
WILLIAM GIDDENS,                     :
                                     :
                Plaintiff,           :
                                     :    07 Civ. 9569 (DLC)
         -v-                         :
                                     :    ORDER OF
THE CITY OF NEW YORK; THE NEW YORK CITY : DISCONTINUANCE
POLICE DEPARTMENT; DETECTIVE DENNIS P. :
GRIFFIN; POLICE OFFICER JOHN DOES 1-3; :
LOUIS J. PALUMBO; and JULIE PALUMBO, :
                                     :
                Defendants.          :
-------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
          May 7, 2008

                                        _____
                                              DENISE COTE
                                        United States District Judge